OPINION — AG — ** AUDIT BOOKS — AUTHORITY ** IN ABSENCE OF A STATUTE AUTHORIZING THE STATE EXAMINER AND INSPECTOR OF AUDIT THE BOOKS, RECORDS AND ACCOUNTS OF A " METROPOLITAN AREA PLANNING COMMISSION " FORMED UNDER STATUTORY AUTHORITY OF STATUTE, IT IS 'NOT' THE DUTY OF THE EXAMINER AND INSPECTOR TO AUDIT THE SAME. (RECORDS, MUNICIPALITY) CITE: 19 O.S. 171 [19-171], 19 O.S. 863.1 [19-863.1], 74 O.S. 212 [74-212], 19 O.S. 174 [19-174] (FRED HANSEN)